■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LEE, Appellant. [24 NYS3d 554]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SPIRLES, Appellant. [24 NYS3d 554]—Motions for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY L. KING, Appellant. [24 NYS3d 555]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO ROSADO, Appellant. [24 NYS3d 555]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SHERROD, Appellant. [24 NYS3d 555]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.